UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-62402-BB

DANIEL MITTELMARK,
individually and on behalf of all
others similarly situated,

          **CLASS ACTION**

    Plaintiff,

          **JURY TRIAL DEMANDED**

v.

SYNERGY MARKETING ASSOCIATES INC.
d/b/a NATIONAL PLAN ADVISORS,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS

    The undersigned counsel hereby discloses the following:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

   - Daniel Mittelmark (Plaintiff)
   - Hiraldo P.A. (Counsel for Plaintiff)
   - Synergy Marketing Associates, Inc. (Defendant)

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   - None known at this time.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   - None known at this time.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Daniel Mittelmark (Plaintiff)

- Unnamed Class Members

Date: October 10, 2018

                                          Respectfully submitted,

                                          **HIRALDO P.A.**

                                          */s/ Manuel S. Hiraldo*
                                          Manuel S. Hiraldo
                                          Florida Bar No. 030380
                                          401 E. Las Olas Boulevard
                                          Suite 1400
                                          Ft. Lauderdale, Florida 33301
                                          Email: mhiraldo@hiraldolaw.com
                                          Telephone: 954.400.4713

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713