## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

DANIEL MITTLEMARK,            :
(Individually and on behalf of others)   :
                                  :
      Plaintiff,                :          CASE NO. 18-CV-62402
                                  :
        v.                   :          HON. BETH BLOOM
                                  :
SYNERGY MARKETING ASSOCIATES, :
                                  :
                                  :
      Defendant.             :

### DEFENDANT'S MEMORANDUM IN OPPOSITION
### TO PLAINTIFF'S MOTION TO COMPEL

Defendant Synergy Marketing Associates ("Synergy") respectfully submits its memorandum in opposition to Plaintiff's Motion to Compel (ECF Doc. 24).  In his Motion, Plaintiff argues that Synergy refused to produce documents or provide any information regarding the platform used to transmit messages.  The Motion, however, does not accurately represent the pertinent facts to the Court.  Accordingly, the Motion should be denied

### FACTUAL BACKGROUND

Plaintiff's Motion argues that Defendant improperly refused to request information from the company that provided Defendant with a ringless voice mail platform related to this case. Plaintiff's claim is untrue. On the contrary, Defendant requested from Stratics Network (a Canadian company) records related to this case many months ago.  Stratics informed Synergy that such information would not be provided in the absence of a subpoena served by Plaintiff in accordance with Canadian law.  More recently, Defendant requested a new password from Stratics to access its expired subscription.  To date, Stratics refuses to respond to Defendant's request for a new password.

1

During the preceding two meet-and-confer calls, Defendant's lead counsel Lisa Messner required emergent medical care that rendered her unable to participate in calls.  To keep these matters moving forward, Ms. Messner's colleague, Patrick Skilliter, filled in on the calls to provide as much assistance as he could.  Mr. Skilliter was very transparent in disclosing the emergency health issues rendering Ms. Messner being unable to participate and was candid about his lack of knowledge concerning certain details of the case.  Mr. Skilliter was unaware of Synergy's efforts to obtain records from Stratics but encouraged the parties to continue to keep an open dialogue given his lack of full knowledge of the case. Plaintiff refused to do so and filed his Motion to Compel instead.

While it is true that Defendant was not able to report all relevant facts to Plaintiff's counsel during the February 22, 2019 meet-and-confer telephone call that preceded the Motion to Compel, Plaintiff's counsel made clear to defense counsel that he intended to file a Motion to Compel no matter the outcome of that call.

## ARGUMENT

Even assuming that Plaintiff properly exhausted and sufficiently engaged in good faith meet-and-confer efforts to resolve this dispute, the Motion still must be denied because Defendant fulfilled its legal obligation to request and attempt to obtain the records from Stratics that Plaintiff seeks. First, Defendant and its counsel contacted personnel at Stratics directly a few months ago to request records sufficient to identify all persons contacted through the platform on Defendant's behalf.  Stratics refused to provide the information and noted it would not even consider the production of such information without a subpoena properly served by Plaintiff in accordance with Canadian law.  Synergy understands Plaintiff's counsel issued such a subpoena, but never received a response from Stratics. Defendant lacks any heightened authority over that

of Plaintiff to compel these records.  Counsel is advised Defendant never entered into a formal contract with Stratics and lacks any contractual right to demand production of the documents Plaintiff seeks.

Moreover, Defendant also requested a new password to login to the Stratics system so that it could access this information itself. Defendant requested this password because its subscription expired and so too did its credentials. To date, Stratics has failed to provide a new login credential to Synergy.  As such, Synergy cannot access the Stratics platform to retrieve this information.

Given these facts, Synergy submits it has fully met is obligation to request this information within its ability to do so, and the information Plaintiff seeks is simply not within Synergy's possession, custody, or control.  The fact that Stratics has failed to cooperate with Plaintiff fails to justify his Motion to Compel.

Finally, to ensure that its current discovery responses are consistent with the facts as they presently stand, Synergy will prepare revised responses that withdraw its objections to the production requests and interrogatories at issue and state that the information requested is not within its possession, custody, or control.  Synergy reserves its right to contest the propriety of the case proceeding as a class action, and Synergy will address that issue at an appropriate time.

## <u>CONCLUSION</u>

For these reasons, Synergy respectfully submits Plaintiff's Motion to Compel should be denied. Synergy will continue to work with Plaintiff's counsel to try to resolve these issues.


Respectfully submitted:


/s/ *Jonathan Etra*
Jonathan Etra
Florida Bar No.: 686905
Kimberly Freedman
Florida Bar No.: 71826
**NELSON MULLINS BROAD AND CASSEL**
Counsel for Defendant
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
jonathan.etra@nelsonmullins.com
kimberly.freedman@nelsonmullins.com

and

Lisa Messner, Admitted Pro Hac Vice
Ohio Bar No. 0074034
Mac Murray & Shuster, LLP
Counsel for Defendant
6530 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: 614-939-9955
Fax: 614-939-9954
lmessner@mslawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Memorandum Contra Motion to Compel was served on this 27th day of February 2019 by ECF notification on all counsel of record.

s/ Jonathan Etra\
Counsel for Defendant
