UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:18-cv-62402-BB**

DANIEL MITTELMARK,
individually and on behalf of all
others similarly situated,

       Plaintiff,

v.

SYNERGY MARKETING ASSOCIATES INC.
d/b/a NATIONAL PLAN ADVISORS,

       Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### JOINT REPORT REGARDING PLAINTIFF'S MOTION TO COMPEL

Plaintiff Daniel Mittelmark and Defendant Synergy Marketing Associates, Inc., through their respective undersigned counsel, pursuant to the Court's Order Scheduling Hearing on Plaintiff's Motion to Compel, [ECF No. 27], hereby notify the Court that the parties have resolved the current discovery dispute. Specifically, Defendant has agreed to provide amended discovery responses by March 8, 2019 reflecting the representations made by Defendant in its opposition to Plaintiff's Motion to Compel, including steps taken by Defendant to secure the class data.

Date: March 4, 2019

Respectfully submitted,

| **HIRALDO P.A.** | **MAC MURRAY & SHUSTER, LLP** |
|---|---|
| */s/ Manuel S. Hiraldo* | */s/ Lisa A. Messner* |
| Manuel S. Hiraldo | Admitted *Pro Hac Vice* |
| Florida Bar No. 030380 | 6530 West Campus Oval, Suite 210 |
| 401 E. Las Olas Boulevard | New Albany, OH  43054 |
| Suite 1400 | Telephone: (614) 939-9955 |
| Ft. Lauderdale, Florida 33301 | Facsimile: (614) 939-9954 |
| Email: mhiraldo@hiraldolaw.com | lmessner@mslawgroup.com |
| Telephone: 954.400.4713 | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713