UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62402-BLOOM/Valle

DANIEL MITTLEMARK, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

SYNERGY MARKETING ASSOCIATES
INC. d/b/a NATIONAL PLAN ADVISORS,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [32] ("Stipulation"), filed on June 18, 2019. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [32]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 18, 2019.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Case No. 18-cv-62402-BLOOM/Valle

Copies to:

Counsel of Record